738

May 20, 1976.

Commonwealth *v.* Ainge, Appellant.

Submitted December 16, 1975. *George E. Hoffer,* Public Defender, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

OPINION PER CURIAM: Counsel's petition to withdraw is denied and the case is remanded to the trial court to allow appellant to file a motion to withdraw his guilty plea *nunc pro tunc.* See *Commonwealth v. Roberts,* 237 Pa. Superior Ct. 336, 352 A.2d 140 (1975).

Commonwealth *v.* Allen, Appellant.

Submitted December 16, 1975. *Neil Sagot,* and *Teitelman, Sagot, Herring, Jennings & Luber,* for appellant; *Stephen Levin, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.